

# NUMBER 13-08-608-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE KRISTINE FERNANDEZ AS NEXT FRIEND OF J.D.T.

## On Petition for Writ of Mandamus

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Per Curiam Memorandum Opinion[1]

Relator, Kristine Fernandez as next friend of minor child, J.D.T., filed a petition for writ of mandamus in the above cause on October 30, 2008. The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not shown herself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 6th day of November, 2008.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).